1  Nathan P. Eimer
   Vanessa G. Jacobsen
2  Jacob M. Hamann
   Eimer Stahl LLP
3  224 S. Michigan Ave., Suite 1100
   Chicago, IL  60604
4  Telephone:  (312) 660-7600
   Fax:  (312) 692-1718
5  neimer@eimerstahl.com
   vjacobsen@eimerstahl.com
6  jhamann@eimerstahl.com
7

8
   *Counsel for Plaintiffs Saskia Bryan and*
9  *Andrew Fiske*

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15 IN RE: VOLKSWAGEN "CLEAN DIESEL"
   MARKETING, SALES PRACTICES AND          MDL Docket No. 3:15-md-02672-CRB
16 PRODUCTS LIABILITY LITIGATION
                                           This Document Relates to:
17 ─────────────────────────────          Civil Action No. 3:15-cv-06113-CRB

18

19                                         **NOTICE OF VOLUNTARY DISMISSAL**

20

21

22

23

24

25

26

27

28

1    Plaintiffs Saskia Bryan and Andrew Fiske, by and through undersigned counsel and

2  pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss their claims in

3  the above-titled action without fees or costs to either party. Plaintiffs' dismissal shall be without

4  prejudice to Plaintiffs' rights as class members in the above-titled action.

5    The undersigned counsel of record for the above-named Plaintiffs hereby request to be

6  removed from the service list for this case.

7

8  DATED:  October 19, 2017                    EIMER STAHL LLP

9
                                              By: /s/ Nathan P. Eimer
10                                            Nathan P. Eimer
                                              Vanessa G. Jacobsen
11                                            Jacob M. Hamann
                                              EIMER STAHL LLP
12                                            224 S. Michigan Ave., Suite 1100
                                              Chicago, IL  60604
13                                            Telephone:  (312) 660-7600
                                              Fax:  (312) 692-1718
14                                            neimer@eimerstahl.com
                                              vjacobsen@eimerstahl.com
15                                            jhamann@eimerstahl.com

16                                            *Counsel for Plaintiffs Saskia Bryan and*
17                                            *Andrew Fiske*

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF VOLUNTARY DISMISSAL**
Case No. 3:15-md-02672-CRB
Case No. 3:15-cv-06113-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**PROOF OF SERVICE**</u>

I, Nathan P. Eimer, hereby certify that on October 19, 2017, I caused the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 19, 2017, at Chicago, Illinois.

By: /s/ Nathan P. Eimer